IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **CATHERINE L. EVANS**,<br><br>    Plaintiff,<br><br>    v.<br><br>**COMMISSIONER OF SOCIAL SECURITY**,<br>    Defendant. | Case No. 3:20-cv-00457-IM<br><br>**ORDER** |

**IMMERGUT, District Judge.**

      Plaintiff filed a stipulated application for fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and supporting materials on October 15, 2021 *See* ECF 20; ECF 21. After considering Plaintiff's stipulated submission and supporting materials, , this Court hereby ORDERS that attorney fees in the amount of $6,989.82 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Attorney fees will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against

PAGE 1 – ORDER

the awarded fees, pursuant to the Treasury Offset program as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010).

If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorney and mailed to Plaintiff's attorney's office as follows: H. Peter Evans, 222 NE Park Plaza Drive, Suite 113, Vancouver, WA 98684. If Plaintiff has a debt, then the check for any remaining funds after offset of the debt shall be made to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above.

**IT IS SO ORDERED.**

DATED this 16th day of November, 2021.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge

PAGE 2 – ORDER